## CA02db Intake

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Friday, November 5, 2021 8:49 AM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:21-cv-06324-LGS Riseandshine Corporation v. Pepsico, Inc. Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 11/5/2021 at 8:49 AM EDT and filed on 11/5/2021
**Case Name:** Riseandshine Corporation v. Pepsico, Inc.
**Case Number:** [1:21-cv-06324-LGS](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [153] Notice of Interlocutory Appeal filed by Pepsico Inc. were transmitted to the U.S. Court of Appeals..(nd)**

**1:21-cv-06324-LGS Notice has been electronically mailed to:**

Timothy S. Durst     tdurst@omm.com, karenevans@omm.com, timothy-durst-9363@ecf.pacerpro.com

Paul J. Reilly     paul.reilly@bakerbotts.com, john.mitchell@bakerbotts.com, paul-reilly-4526@ecf.pacerpro.com

Paul J. Tanck     paul.tanck@alston.com, autodocket-nyc@alston.com, managingclerksoffice-nyc@alston.com

A Colin Wexler     Colin.Wexler@goldbergkohn.com, marisa.johnson@goldbergkohn.com

Neal Joseph McLaughlin     neal.mclaughlin@alston.com

Holly Hawkins Saporito     holly.saporito@alston.com, crystal.kelly@alston.com, debra.conyers@alston.com, taylor.lin@alston.com

Jason Demian Rosenberg    jason.rosenberg@alston.com, autodocket-nyc@alston.com

Emily Chambers Welch    emily.welch@alston.com, kelly.branch@alston.com

Lauren R. Timmons    lauren.timmons@alston.com

Robert Douglas Leighton    robert.leighton@goldbergkohn.com

Susan Cannon Kennedy    susan.kennedy@bakerbotts.com

**1:21-cv-06324-LGS Notice has been delivered by other means to:**

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:21−cv−06324−LGS

| | |
|---|---|
| Riseandshine Corporation v. Pepsico, Inc. | Date Filed: 07/26/2021 |
| Assigned to: Judge Lorna G. Schofield | Jury Demand: Both |
| Case in other court: Illinois Northern, 1:21−cv−03198 | Nature of Suit: 840 Trademark |
| Cause: 15:1114 Trademark Infringement (Lanham Act) | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Riseandshine Corporation**<br>*doing business as*<br>Rise Brewing | represented by | **Jason Demian Rosenberg**<br>Alston & Bird LLP (GA)<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404)−881−7461<br>Email: jason.rosenberg@alston.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**A Colin Wexler**<br>Goldberg Kohn Ltd.<br>55 East Monroe Street<br>Suite 3300<br>Chicago, IL 60603<br>(312) 201−3967<br>Fax: (312) 863−7467<br>Email: Colin.Wexler@goldbergkohn.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Emily Chambers Welch**<br>Alston & Bird LLP<br>1201 W. Peachtree St. NE<br>Atlanta, GA 30309<br>404−881−7000<br>Fax: 404−881−7777<br>Email: emily.welch@alston.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Holly Hawkins Saporito**<br>Alston & Bird<br>1201 W. Peachtree Street<br>Atlanta, GA 30309<br>404−881−7000<br>Email: holly.saporito@alston.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lauren R. Timmons**<br>Alston & Bird<br>101 S. Tryon St. Suite 4000<br>Charlotte, NC 28280−4000<br>704−444−1115<br>Email: lauren.timmons@alston.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Neal Joseph McLaughlin**<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br>212−210−9436<br>Email: neal.mclaughlin@alston.com |

*ATTORNEY TO BE NOTICED*

**Paul J. Tanck**
Alston & Bird, LLP (NYC)
90 Park Avenue
New York, NY 10016
212–210–9400
Fax: 212–210–9444
Email: paul.tanck@alston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Douglas Leighton**
Goldberg Kohn
55 East Monroe
Suite 3300
Chicago, IL 60603–5792
312 201–4000
Fax: Not a member
Email: robert.leighton@goldbergkohn.com
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**Pepsico Inc.** represented by **Paul J. Reilly**
Baker Botts , L.L.P.(NYC)
30 Rockefeller Plaza
New York, NY 10112
(212)–408–2634
Fax: (212)–408–2434
Email: paul.reilly@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Sondra Hemeryck**
Riley Safer Holmes & Cancila LLP
Three First National Plaza
70 West Madison Street
Suite 2900
Chicago, IL 60602
773–407–7401
Email: shemeryck@rshc–law.com
*TERMINATED: 08/09/2021*

**Sondra A. Hemeryck**
Riley Safer Holmes & Cancila LLP
70 West Madison Street
Suite 2900
Chicago, IL 60602
(312) 471–8724
Fax: Active
Email: shemeryck@rshc–law.com
*TERMINATED: 08/09/2021*

**Susan Cannon Kennedy**
Baker Botts LLP
2001 Ross Avenue
Suite 900
Dallas, TX 75201
214–953–6747
Email: susan.kennedy@bakerbotts.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas B. Quinn**
Riley Safer Holmes & Cancila LLP
Three First National Plaza
70 West Madison St. Suite 2900
Chicago, IL 60602
312–471–8770
Fax: Active
Email: tquinn@rshc–law.com
*TERMINATED: 08/09/2021*

**Timothy S. Durst**
O'Melveny & Myers LLP
2501 North Harwood Street
Suite 1700
Dallas, TX 75201–1663
972–360–1900
Email: tdurst@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Valerie Brummel**
Riley Safer Holmes & Cancila Llp
70 W Madison Street
Suite 2900
Chicago, IL 60602
(734) 773–4920
Fax: Not a member
Email: vbrummel@rshc–law.com
*TERMINATED: 08/05/2021*

**Valerie Brummel**
Riley Safer Holmes & Cancila LLP
Three First National Plaza
70 W. Madison Street
Ste 2900
Chicago, IL 60602
312–471–8667
Email: vbrummel@rshc–law.com
*TERMINATED: 08/05/2021*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2021 | 1 | COMPLAINT filed by RISEANDSHINE CORPORATION d/b/a RISE BREWING; Jury Demand. Filing fee $ 402, receipt number 0752–18354102.(Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/15/2021) |
| 06/15/2021 | 2 | CIVIL Cover Sheet (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/15/2021) |
| 06/15/2021 | 3 | ATTORNEY Appearance for Plaintiff RISEANDSHINE CORPORATION d/b/a RISE BREWING by Jason Demian Rosenberg (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/15/2021) |
| 06/15/2021 | 4 | Local Rule 3.4 Notice of Claims Involving Trademarks by RISEANDSHINE CORPORATION d/b/a RISE BREWING (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/15/2021) |
| 06/15/2021 | 5 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by RISEANDSHINE CORPORATION d/b/a RISE BREWING (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/15/2021) |
| 06/15/2021 | 6 | ATTORNEY Appearance for Plaintiff RISEANDSHINE CORPORATION d/b/a RISE BREWING by Robert Douglas Leighton (Leighton, Robert) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/15/2021) |

| | | |
|---|---|---|
| 06/15/2021 | 7 | ATTORNEY Appearance for Plaintiff RISEANDSHINE CORPORATION d/b/a RISE BREWING by A Colin Wexler (Wexler, A) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/15/2021) |
| 06/15/2021 | | CASE ASSIGNED to the Honorable John Z. Lee. Designated as Magistrate Judge the Honorable Beth W. Jantz. Case assignment: Random assignment. (cm, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/15/2021) |
| 06/15/2021 | 8 | MOTION by Plaintiff RISEANDSHINE CORPORATION d/b/a RISE BREWING for leave to file excess pages (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/15/2021) |
| 06/16/2021 | 9 | MINUTE entry before the Honorable John Z. Lee: Plaintiff's motion to exceed page limits 8 is stricken without prejudice for failure to comply with Judge Lee's standing order on motion practice. "Before filing a motion, the movant's counsel must ask opposing counsel whether there is an objection to the motion. Whether the motion is opposed or unopposed should be so identified in the title and body of the motion.stricken (ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/16/2021) |
| 06/16/2021 | | SUMMONS Issued as to Defendant PEPSICO, INC. (txl, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/16/2021) |
| 06/16/2021 | 10 | MAILED trademark report to Patent Trademark Office, Alexandria VA (ec, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/16/2021) |
| 06/16/2021 | 11 | MAILED to plaintiff(s) counsel Lanham Mediation Program materials.(ec, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/16/2021) |
| 06/17/2021 | 12 | NOTICE by Riseandshine Corporation re complaint 1 *Filing of Exhibit A to Complaint* (Leighton, Robert) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/17/2021) |
| 06/18/2021 | 13 | MINUTE entry before the Honorable John Z. Lee: A Rule 16 initial status hearing is set for 8/23/21 at 9:00 a.m. The parties are directed to file a joint initial status report by 8/18/21. The report should comply with the requirements for initial joint status reports set forth in the Initial Status Conference standing order, which can be found on Judge Lee's website. In light of the COVID–19 pandemic and the related General Orders, the Court finds that it is necessary to conduct the status hearing via telephone conference. The call–in number is 888–273–3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court–imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge–info.aspx?4Qf5zc8loCI5U7rfMP9DHw==. Notices mailed. (psm, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/18/2021) |
| 06/22/2021 | 14 | MOTION by Plaintiff Riseandshine Corporation for leave to file excess pages *(Opposed)* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/22/2021) |
| 06/23/2021 | 15 | MINUTE entry before the Honorable John Z. Lee: The Court grants in part and denies in part Plaintiff's opposed motion for leave to file excess pages 14 . Plaintiff may file up to a 20–page memorandum in support of its preliminary injunction motion. To the extent that Plaintiff is concerned that its reliance on photos or pictures will require additional pages within its brief, Plaintiff may instead file those photos or pictures (without argument) as exhibits. Notices mailed. (psm, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/23/2021) |
| 06/23/2021 | 16 | ATTORNEY Appearance for Defendant Pepsico, Inc. by Sondra A. Hemeryck (Hemeryck, Sondra) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/23/2021) |

| | | |
|---|---|---|
| 06/23/2021 | 17 | ATTORNEY Appearance for Defendant Pepsico, Inc. by Valerie Brummel (Brummel, Valerie) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/23/2021) |
| 06/23/2021 | 18 | ATTORNEY Appearance for Defendant Pepsico, Inc. by Thomas B. Quinn (Quinn, Thomas) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/23/2021) |
| 06/28/2021 | 19 | MOTION by Defendant Pepsico, Inc. to transfer case *to the United States District Court for the Southern District of New York* (Brummel, Valerie) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/28/2021) |
| 06/28/2021 | 20 | MEMORANDUM by Pepsico, Inc. in support of motion to transfer case 19 (Hemeryck, Sondra) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/28/2021) |
| 06/28/2021 | 21 | DECLARATION of Christopher W. Hunt regarding memorandum in support of motion 20 , motion to transfer case 19 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Hemeryck, Sondra) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/28/2021) |
| 06/28/2021 | 22 | DECLARATION of Marc Hanson regarding motion to transfer case 19 , memorandum in support of motion 20 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hemeryck, Sondra) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/28/2021) |
| 06/29/2021 | 23 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Pepsico, Inc. (Hemeryck, Sondra) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 24 | MINUTE entry before the Honorable John Z. Lee:Plaintiff's response to Defendant's motion to transfer 19 is due by 7/20/21; reply due by 8/3/21. (ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 25 | MOTION by Plaintiff Riseandshine Corporation for preliminary injunction *(OPPOSED)* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 26 | MEMORANDUM by Riseandshine Corporation in support of motion for preliminary injunction 25 (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 27 | SEALED DOCUMENT by Plaintiff Riseandshine Corporation *(PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS OPPOSED MOTION FOR PRELIMINARY INJUNCTION )* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 28 | DECLARATION of COREY GUIDI regarding memorandum in support of motion 26 (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 29 | DECLARATION of GRANT GYESKY regarding memorandum in support of motion 26 (Attachments: # 1 Exhibit A)(Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 30 | SEALED DOCUMENT by Plaintiff Riseandshine Corporation *( re DECLARATION OF GRANT GYESKY)* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 31 | DECLARATION of MELISSA KALIMOV regarding memorandum in support of motion 26 (Attachments: # 1 Exhibit A)(Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 32 | DECLARATION of NIA KAYE regarding memorandum in support of motion 26 (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 33 | DECLARATION of JARRETT MCGOVERN regarding memorandum in support of motion 26 (Attachments: # 1 Exhibit A−F)(Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |

| | | |
|---|---|---|
| 06/29/2021 | 34 | DECLARATION of RACHEL RATLIFF regarding memorandum in support of motion 26 (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 35 | DECLARATION of EMILY WELCH regarding memorandum in support of motion 26 (Attachments: # 1 Exhibit A–E)(Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/29/2021 | 36 | MOTION by Plaintiff Riseandshine Corporation FOR LEAVE TO FILE UNDER SEAL (UNOPPOSED) (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/29/2021) |
| 06/30/2021 | 37 | MINUTE entry before the Honorable John Z. Lee:Motion for leave to file under seal 36 is granted. (ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 06/30/2021) |
| 07/01/2021 | 38 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752−18415729. (Reilly, Paul) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/01/2021) |
| 07/01/2021 | 39 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752−18415769. (Kennedy, Susan) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/01/2021) |
| 07/01/2021 | 40 | MOTION by Defendant Pepsico, Inc. for extension of time to file answer (Hemeryck, Sondra) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/01/2021) |
| 07/02/2021 | 41 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752−18417849. (Durst, Timothy) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/02/2021) |
| 07/02/2021 | 42 | MOTION by Defendant Pepsico, Inc. to stay regarding MOTION by Plaintiff Riseandshine Corporation for preliminary injunction *(OPPOSED)* 25 (Hemeryck, Sondra) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/02/2021) |
| 07/05/2021 | 43 | AFFIDAVIT of Service filed by Plaintiff Riseandshine Corporation regarding Summons, Complaint, Civil Cover Sheet, Notice of Claims Involving Trademarks, Notification as to Affiliates and Corporate Disclosure Statement, Materials Describing the Court's Lanham Mediation Program served on PepsiCo, Inc. on June 16, 2021 (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/05/2021) |
| 07/05/2021 | 44 | CERTIFICATE of Compliance *regarding Lanham Act Case Mediation* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/05/2021) |
| 07/06/2021 | 45 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752−18423216. – *Holly Hawkins Saporito* (Saporito, Holly) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/06/2021) |
| 07/06/2021 | 46 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752−18423250. – *Emily Chambers Welch* (Welch, Emily) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/06/2021) |
| 07/06/2021 | 47 | MINUTE entry before the Honorable John Z. Lee:Motions to appear pro hac vice by Paul Reilly 38 , Susan Kennedy 39 and Timothy Durst 41 are granted. (ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/06/2021) |
| 07/07/2021 | 48 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752−18426315. – *Paul J. Tanck* (Tanck, Paul) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/07/2021) |
| 07/07/2021 | 49 | MINUTE entry before the Honorable John Z. Lee: Motion for extension of time and stay of discovery is set for 7/12/21 at 9:00 a.m. In light of the COVID−19 pandemic and the related General Orders, the Court finds that it is necessary to conduct the status hearing via telephone conference. The call−in number is 888−273−3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation |

| | | |
|---|---|---|
| | | of these prohibitions may result in court–imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge–info.aspx?4Qf5zc8loCI5U7rfMP9DHw==. (ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/07/2021) |
| 07/07/2021 | 50 | MINUTE entry before the Honorable John Z. Lee:Motions to appear pro hac vice Holly Saporito 45 , Emily Welch 46 and Paul Tanch are granted. (ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/07/2021) |
| 07/08/2021 | 51 | MOTION by Plaintiff Riseandshine Corporation to seal *regarding Plaintiff's Opposition in Response to Defendant's Motion to Stay (Unopposed)* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/08/2021) |
| 07/08/2021 | 52 | SEALED RESPONSE by Riseandshine Corporation to MOTION by Defendant Pepsico, Inc. to stay regarding MOTION by Plaintiff Riseandshine Corporation for preliminary injunction *(OPPOSED)* 25 42 (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/08/2021) |
| 07/08/2021 | 53 | RESPONSE by Riseandshine Corporationin Opposition to MOTION by Defendant Pepsico, Inc. to stay regarding MOTION by Plaintiff Riseandshine Corporation for preliminary injunction *(OPPOSED)* 25 42 (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/08/2021) |
| 07/08/2021 | 54 | MOTION by Plaintiff Riseandshine Corporation to seal *regarding Plaintiff's Memorandum of Law in Support of its Opposed Motion for Expedited Discovery and Briefing Schedule* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/08/2021) |
| 07/08/2021 | 55 | MOTION by Plaintiff Riseandshine Corporation to expedite *Discovery and Briefing Schedule for Plaintiff's Preliminary Injunction (Opposed)* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/08/2021) |
| 07/08/2021 | 56 | SEALED DOCUMENT by Plaintiff Riseandshine Corporation – *Memorandum in Support of Its Opposed Motion for Expedited Discovery and Briefing Schedule for Plaintiff's Preliminary Injunction Motion* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/08/2021) |
| 07/08/2021 | 57 | MEMORANDUM by Riseandshine Corporation in support of motion to expedite 55 *Discovery and Briefing Schedule for Plaintiff's Preliminary Injunction Motion* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/08/2021) |
| 07/09/2021 | 58 | MINUTE entry before the Honorable John Z. Lee: Plaintiff's unopposed motion to seal its response to Defendant's motion to stay 51 and Plaintiff's unopposed motion to seal its memorandum of law in support of its opposed motion for expedited discovery and briefing schedule 54 are granted. Defendant's response to Plaintiff's motion for expedited discovery and briefing schedule, if any, is due 7/13/21. Defendant's motions for extension of time and stay of discovery set for 7/12/21 at 9:00 a.m. is stricken. Defendant's motions for extension of time to answer 40 and stay of discovery 42 and Plaintiff's motion for expedited discovery 55 set for 7/15/21 at 9:00 a.m. In light of the COVID–19 pandemic and the related General Orders, the Court finds that it is necessary to conduct the status hearing via telephone conference. The call–in number is 888–273–3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court–imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge–info.aspx?4Qf5zc8loCI5U7rfMP9DHw==. (ca, )[Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/09/2021) |

| | | |
|---|---|---|
| 07/13/2021 | <u>59</u> | MOTION by Plaintiff Riseandshine Corporation to seal document *regarding Plaintiff's Opposition to Defendant's Motion to Transfer Venue (Unopposed)* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/13/2021) |
| 07/13/2021 | 60 | SEALED DOCUMENT by Plaintiff Riseandshine Corporation *(Opposition to Defendant PepsiCo, Inc.'s Motion to Transfer Venue)* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/13/2021) |
| 07/13/2021 | <u>61</u> | RESPONSE by Riseandshine Corporationin Opposition to MOTION by Defendant Pepsico, Inc. to transfer case *to the United States District Court for the Southern District of New York* <u>19</u> (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/13/2021) |
| 07/13/2021 | <u>62</u> | DECLARATION of Lauren Timmons regarding sealed document 60 *(Plaintiff RiseandShine Corporation's Opposition to Defendant PepsiCo, Inc.'s Motion to Transfer)* (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J)(Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/13/2021) |
| 07/13/2021 | <u>63</u> | DECLARATION of Corey Guidi regarding sealed document 60 *(Plaintiff RiseandShine Corporation's Opposition to Defendant PepsiCo, Inc.'s Motion to Transfer)* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/13/2021) |
| 07/13/2021 | <u>64</u> | DECLARATION of Grant Gyesky regarding sealed document 60 *(Plaintiff RiseandShine Corporation's Opposition to Defendant PepsiCo, Inc.'s Motion to Transfer)* (Rosenberg, Jason) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/13/2021) |
| 07/13/2021 | 65 | SEALED RESPONSE by Pepsico, Inc. to MOTION by Plaintiff Riseandshine Corporation to expedite *Discovery and Briefing Schedule for Plaintiff's Preliminary Injunction (Opposed)* <u>55</u> (Hemeryck, Sondra) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/13/2021) |
| 07/13/2021 | <u>66</u> | DECLARATION of Christopher W. Hunt regarding sealed response 65 (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3)(Hemeryck, Sondra) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/13/2021) |
| 07/13/2021 | <u>67</u> | RESPONSE by Pepsico, Inc. to MOTION by Plaintiff Riseandshine Corporation to expedite *Discovery and Briefing Schedule for Plaintiff's Preliminary Injunction (Opposed)* <u>55</u> *(Redacted Version of Provisionally Sealed Response 65 )* (Hemeryck, Sondra) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/13/2021) |
| 07/13/2021 | <u>68</u> | MOTION by Defendant Pepsico, Inc. to seal document sealed response 65 *(Unopposed Motion)* (Hemeryck, Sondra) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/13/2021) |
| 07/14/2021 | <u>69</u> | MINUTE entry before the Honorable John Z. Lee: Plaintiff Riseandshine Corporation's unopposed motion to seal document regarding its opposition to Defendant's motion to transfer venue is granted <u>59</u> . Defendant's motion to seal <u>68</u> is granted. (ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/14/2021) |
| 07/14/2021 | <u>70</u> | MINUTE entry before the Honorable John Z. Lee: The motion hearing set for 7/15/21 9:00 a.m. is reset to 7/15/21 at 11:00 a.m. The call–in number is 888–273–3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court–imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge–info.aspx?4Qf5zc8loCI5U7rfMP9DHw==. (ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/14/2021) |

| | | |
|---|---|---|
| 07/15/2021 | 71 | MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 7/15/21. Defendant's reply to the motion to transfer is now due by 7/20/21; the Court will rule on the motion by 7/23/21. This case is stayed until the Court rules on the motion to transfer. (ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/16/2021) |
| 07/16/2021 | 72 | MINUTE entry before the Honorable John Z. Lee:The status hearing set for 8/23/21 is reset to 9/28/21 at 9:00 a.m. The dial in number remains the same. (ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/16/2021) |
| 07/20/2021 | 73 | REPLY by Defendant Pepsico, Inc. to motion to transfer case 19 (Durst, Timothy) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/20/2021) |
| 07/22/2021 | 74 | MINUTE entry before the Honorable John Z. Lee:For the reasons below, Defendant PepsiCo, Inc.'s ("PepsiCo") motion to transfer this action to the Southern District of New York pursuant to 28 U.S.C. § 1404(a) 19 is granted. This case will be transferred forthwith. (ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/22/2021) |
| 07/22/2021 | 75 | ORDER: For the reasons below, Defendant PepsiCo, Inc.'s ("PepsiCo") motion to transfer this action to the Southern District of New York pursuant to 28 U.S.C. § 1404(a) 19 is granted. Signed by the Honorable John Z. Lee on 7/22/21. [For further details see order].(ca, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/22/2021) |
| 07/23/2021 | 76 | TRANSFERRED to the Southern District of New York the electronic record. (jn, ) [Transferred from Illinois Northern on 7/26/2021.] (Entered: 07/23/2021) |
| 07/26/2021 | 77 | CASE TRANSFERRED IN from the United States District Court – District of Illinois Northern; Case Number: 1:21−cv−03198. Original file certified copy of transfer order and docket entries received. (sjo) (Entered: 07/26/2021) |
| 07/26/2021 | | Case Designated ECF. (sjo) (Entered: 07/26/2021) |
| 07/26/2021 | | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (sjo) (Entered: 07/26/2021) |
| 07/26/2021 | | NOTE TO OUT OF STATE ATTORNEYS: Please visit the Court's website at https://nysd.uscourts.gov/ for information regarding admission to the S.D.N.Y. Bar and the CM/ECF Rules & Filing Instructions. (sjo) (Entered: 07/26/2021) |
| 07/26/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE – TRANSFER CASE: This case is assigned to: Judge Lorna G. Schofield. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions. (sjo) (Entered: 07/26/2021) |
| 07/26/2021 | 78 | NOTICE OF APPEARANCE by Paul J. Tanck on behalf of Riseandshine Corporation..(Tanck, Paul) (Entered: 07/26/2021) |
| 07/26/2021 | 79 | NOTICE OF APPEARANCE by Neal Joseph McLaughlin on behalf of Riseandshine Corporation..(McLaughlin, Neal) (Entered: 07/26/2021) |
| 07/26/2021 | 80 | FIRST AMENDED COMPLAINT amending 1 Complaint against Pepsico Inc. with JURY DEMAND.Document filed by Riseandshine Corporation. Related document: 1 Complaint. (Attachments: # 1 Exhibit A – Patent and Trademark Information).(Tanck, Paul) (Entered: 07/26/2021) |
| 07/26/2021 | 81 | MOTION for Preliminary Injunction . Document filed by Riseandshine Corporation..(Tanck, Paul) (Entered: 07/26/2021) |
| 07/26/2021 | 82 | MEMORANDUM OF LAW in Support re: 81 MOTION for Preliminary Injunction . . Document filed by Riseandshine Corporation..(Tanck, Paul) (Entered: 07/26/2021) |

| | | |
|---|---|---|
| 07/26/2021 | 83 | PROPOSED ORDER. Document filed by Riseandshine Corporation. Related Document Number: 81 ..(Tanck, Paul) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/26/2021) |
| 07/26/2021 | 84 | LETTER MOTION for Conference addressed to Judge Lorna G. Schofield from Paul Tanck dated July 26, 2021. Document filed by Riseandshine Corporation..(Tanck, Paul) (Entered: 07/26/2021) |
| 07/27/2021 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 83 Proposed Order was reviewed and approved as to form. (dt)** (Entered: 07/27/2021) |
| 07/28/2021 | 85 | ORDER DENIED as moot 84 Letter Motion for Conference re: 84 LETTER MOTION for Conference addressed to Judge Lorna G. Schofield from Paul Tanck dated July 26, 2021. By August 10, 2021, Defendant shall file any opposition to Plaintiff's motion for preliminary injunction (Dkt. No. 81). Plaintiff should not file a reply unless requested and will have an opportunity to respond orally during the hearing. On August 13, 2021, at 10:40 a.m., a hearing will be held. The hearing will be telephonic and will occur on the following conference line: 888–363–4749, access code: 5583333. Plaintiff's request for an interim conference to discuss a hearing date is DENIED as moot. The Clerk of Court is respectfully directed to close the motion at Docket No. 84. SO ORDERED. Telephone Conference set for 8/13/2021 at 10:40 AM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 7/27/2021) (jca) (Entered: 07/28/2021) |
| 07/30/2021 | 86 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Jason D. Rosenberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24867403. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Riseandshine Corporation. (Attachments: # 1 Affidavit of Rosenberg, # 2 Text of Proposed Order, # 3 Certificates of Good Standing).(Rosenberg, Jason) Modified on 8/2/2021 (wb). (Entered: 07/30/2021) |
| 07/30/2021 | 87 | NOTICE OF APPEARANCE by Paul J. Reilly on behalf of Pepsico Inc...(Reilly, Paul) (Entered: 07/30/2021) |
| 07/30/2021 | 88 | MOTION for Susan Kennedy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24871589. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Pepsico Inc.. (Attachments: # 1 Text of Proposed Order).(Kennedy, Susan) (Entered: 07/30/2021) |
| 07/30/2021 | 89 | MOTION for Timothy S. Durst to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24871627. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Pepsico Inc.. (Attachments: # 1 Text of Proposed Order).(Durst, Timothy) (Entered: 07/30/2021) |
| 08/02/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 89 MOTION for Timothy S. Durst to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24871627. Motion and supporting papers to be reviewed by Clerk's Office staff., 88 MOTION for Susan Kennedy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24871589. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 08/02/2021) |
| 08/02/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 86 MOTION for Jason D. Rosenberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24867403. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Illinois and Virginia;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 08/02/2021) |
| 08/03/2021 | 90 | MOTION for Valerie Brummel to Withdraw as Attorney . Document filed by Pepsico Inc...(Brummel, Valerie) (Entered: 08/03/2021) |
| 08/04/2021 | 91 | MEMO ENDORSEMENT with respect to 90 MOTION for Valerie Brummel to Withdraw as Attorney. ENDORSEMENT: Pursuant to Local Rule 1.4, Ms. Brummel shall file by August 6, 2021, a supplemental letter stating whether she is asserting a |

| | | |
|---|---|---|
| | | retaining or charging lien. SO ORDERED. (Signed by Judge Lorna G. Schofield on 8/4/2021) (jca) (Entered: 08/04/2021) |
| 08/04/2021 | 92 | DECLARATION of Valerie Brummel in Support re: 90 MOTION for Valerie Brummel to Withdraw as Attorney .. Document filed by Pepsico Inc...(Brummel, Valerie) (Entered: 08/04/2021) |
| 08/05/2021 | 93 | MOTION for Holly H. Saporito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24892117. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Riseandshine Corporation. (Attachments: # 1 Affidavit of Saporito, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Saporito, Holly) (Entered: 08/05/2021) |
| 08/05/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 93 MOTION for Holly H. Saporito to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24892117. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 08/05/2021) |
| 08/05/2021 | 94 | MEMO ENDORSED ORDER granting 90 Motion to Withdraw as Attorney. ENDORSEMENT: Ms. Brummel's motion to withdraw as counsel to Defendant PepsiCo, Inc. (Dkt. No. 90) is GRANTED. The Clerk of Court is respectfully directed to close the motion at Docket No. 90 and terminate Ms. Brummel's receipt of ECF filing notices regarding this case. So Ordered. Attorney Valerie Brummel and Valerie Brummel terminated. (Signed by Judge Lorna G. Schofield on 8/5/2021) (va) (Entered: 08/05/2021) |
| 08/05/2021 | 95 | MOTION for Sondra A. Hemeryck to Withdraw as Attorney . Document filed by Pepsico Inc...(Hemeryck, Sondra) (Entered: 08/05/2021) |
| 08/05/2021 | 96 | MOTION for Jason D. Rosenberg to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Riseandshine Corporation. (Attachments: # 1 Affidavit of Rosenberg, # 2 Certificates of Good Standing, # 3 Text of Proposed Order).(Rosenberg, Jason) (Entered: 08/05/2021) |
| 08/05/2021 | 97 | MOTION for Thomas B. Quinn to Withdraw as Attorney . Document filed by Pepsico Inc...(Hemeryck, Sondra) (Entered: 08/05/2021) |
| 08/05/2021 | 98 | ORDER granting 88 Motion for Susan Kennedy to Appear Pro Hac Vice; granting 89 Motion for Timothy S. Durst to Appear Pro Hac Vice; and granting 93 Motion for Holly H. Saporito to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 08/05/2021) |
| 08/06/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 96 MOTION for Jason D. Rosenberg to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 08/06/2021) |
| 08/06/2021 | 99 | ORDER granting 96 Motion for Jason D. Rosenberg to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 08/06/2021) |
| 08/09/2021 | 100 | MEMO ENDORSEMENT granting 95 Motion to Withdraw as Attorney. ENDORSEMENT: The application is GRANTED. The Clerk of Court is respectfully directed to close the motion at Docket No. 95 and to terminate Ms. Hemeryck's receipt of ECF notices regarding this case. So Ordered. Attorney Sondra Hemeryck and Sondra A. Hemeryck terminated. (Signed by Judge Lorna G. Schofield on 8/9/2021) (vfr) (Entered: 08/09/2021) |
| 08/09/2021 | 101 | MEMO ENDORSEMENT granting 97 Motion to Withdraw as Attorney. ENDORSEMENT: The application is GRANTED. The Clerk of Court is respectfully directed to close the motion at Docket No. 97 and to terminate Mr. Quinn's receipt of ECF notices regarding this case. So Ordered. Attorney Thomas B. Quinn terminated. (Signed by Judge Lorna G. Schofield on 8/9/2021) (vfr) (Entered: 08/09/2021) |
| 08/09/2021 | 102 | ANSWER to 80 Amended Complaint with JURY DEMAND. Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 08/09/2021) |

| Date | # | Description |
|---|---|---|
| 08/10/2021 | 103 | MEMORANDUM OF LAW in Opposition re: 81 MOTION for Preliminary Injunction . . Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 08/10/2021) |
| 08/10/2021 | 104 | DECLARATION of Fabiola Torres in Opposition re: 81 MOTION for Preliminary Injunction .. Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 08/10/2021) |
| 08/10/2021 | 105 | DECLARATION of Kathryn Walker in Opposition re: 81 MOTION for Preliminary Injunction .. Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 08/10/2021) |
| 08/10/2021 | 106 | DECLARATION of Philip Johnson in Opposition re: 81 MOTION for Preliminary Injunction .. Document filed by Pepsico Inc.. (Attachments: # 1 Exhibit A, # 2 ExhibitA–1, # 3 Exhibit A–2, # 4 Exhibit A–3).(Durst, Timothy) (Entered: 08/10/2021) |
| 08/10/2021 | 107 | DECLARATION of Melissa Pittaoulis in Opposition re: 81 MOTION for Preliminary Injunction .. Document filed by Pepsico Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit A–1, # 3 Exhibit A–2, # 4 Exhibit A–3).(Durst, Timothy) (Entered: 08/10/2021) |
| 08/10/2021 | 108 | DECLARATION of Emily Pyclik in Opposition re: 81 MOTION for Preliminary Injunction .. Document filed by Pepsico Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, Part 1 of 2, # 4 Exhibit C, Part 2 of 2, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G).(Durst, Timothy) (Entered: 08/10/2021) |
| 08/11/2021 | 109 | ORDER: It is hereby ORDERED that, the hearing is ADJOURNED to September 9, 2021, at 11:45 a.m. It is further ORDERED that, by August 25, 2021, Plaintiff shall file a reply. It is further ORDERED that, by August 18, 2021, the parties shall meet and confer to attempt to negotiate an interim solution and shall file a letter apprising the Court of the results of their discussions. (As further set forth in this Order.) ( Replies due by 8/25/2021., Telephone Conference set for 9/9/2021 at 11:45 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 8/11/2021) (cf) (Entered: 08/11/2021) |
| 08/12/2021 | 110 | ORDER: This case has been assigned to me for all purposes. It is hereby ORDERED that a conference will be held at October 7, 2021 at 10:40 a.m. The conference will be telephonic. DATE AND PLACE OF CONFERENCE: October 7, 2021 at 10:40 a.m., to be held telephonically in accordance with the instructions on the first page of this order. And as set forth herein. Initial Conference set for 10/7/2021 at 10:40 AM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 8/12/2021) (ama) (Entered: 08/12/2021) |
| 08/18/2021 | 111 | NOTICE of Parties' Attempt to Reach Interim Solution re: 109 Order,,, Set Deadlines/Hearings,,. Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 08/18/2021) |
| 08/25/2021 | 112 | REPLY MEMORANDUM OF LAW in Support re: 81 MOTION for Preliminary Injunction . . Document filed by Riseandshine Corporation..(Tanck, Paul) (Entered: 08/25/2021) |
| 08/25/2021 | 113 | DECLARATION of Allison Schmidt in Support re: 81 MOTION for Preliminary Injunction .. Document filed by Riseandshine Corporation..(Tanck, Paul) (Entered: 08/25/2021) |
| 08/25/2021 | 114 | DECLARATION of Alex Tanev in Support re: 81 MOTION for Preliminary Injunction .. Document filed by Riseandshine Corporation..(Tanck, Paul) (Entered: 08/25/2021) |
| 08/25/2021 | 115 | DECLARATION of Leon Kaplan in Support re: 81 MOTION for Preliminary Injunction .. Document filed by Riseandshine Corporation. (Attachments: # 1 Exhibit A).(Tanck, Paul) (Entered: 08/25/2021) |
| 08/25/2021 | 116 | DECLARATION of Holly Hawkins Saporito in Support re: 81 MOTION for Preliminary Injunction .. Document filed by Riseandshine Corporation. (Attachments: # 1 Exhibit A).(Tanck, Paul) (Entered: 08/25/2021) |
| 08/26/2021 | 117 | LETTER MOTION for Leave to File Additional Declarations *regarding Rise Brewing's Reply in Support of Its Motion for Preliminary Injunction* addressed to Judge Lorna G. Schofield from Paul Tanck dated 8/26/2021. Document filed by Riseandshine Corporation..(Tanck, Paul) (Entered: 08/26/2021) |

| | | |
|---|---|---|
| 08/27/2021 | 118 | ORDER denying 117 LETTER MOTION for Leave to File Additional Declarations regarding Rise Brewing's Reply in Support of Its Motion for Preliminary Injunction. Plaintiff's application to file additional declarations in support of its motion for preliminary injunction is DENIED. SO ORDERED. (Signed by Judge Lorna G. Schofield on 8/26/2021) (jca) (Entered: 08/27/2021) |
| 09/14/2021 | 119 | MOTION for Lauren R. Timmons to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25059897. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Riseandshine Corporation. (Attachments: # 1 Affidavit of Lauren R.. Timmons, # 2 Certificates of Good Standing, # 3 Text of Proposed Order).(Timmons, Lauren) (Entered: 09/14/2021) |
| 09/15/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 119 MOTION for Lauren R. Timmons to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25059897. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 09/15/2021) |
| 09/17/2021 | 120 | LETTER MOTION for Conference re: 103 Memorandum of Law in Opposition to Motion */ PepsiCo's Renewed Request for Evidentiary Hearing* addressed to Judge Lorna G. Schofield from Timothy S. Durst dated September 17, 2021. Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 09/17/2021) |
| 09/21/2021 | 121 | ORDER granting 120 Letter Motion for Conference re: 120 LETTER MOTION for Conference re: 103 Memorandum of Law in Opposition to Motion */ PepsiCo's Renewed Request for Evidentiary Hearing* addressed to Judge Lorna G. Schofield from Timothy S. Durst dated September 17, 2021. It is hereby ORDERED that, Defendants request for an evidentiary hearing is GRANTED. The Court is available to proceed with the evidentiary hearing on September 30, 2021, at 2:15 p.m. The hearing will be by video and the parties are responsible for arranging a suitable platform. The parties should make any logistical arrangements with the Courtroom Deputy, Mr. James Street, at 212−805−4553. The Court will allot no more than two hours per side. (As further set forth in this Order.) Evidentiary Hearing set for 9/30/2021 at 02:15 PM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 9/21/2021) (cf) (Entered: 09/21/2021) |
| 09/27/2021 | 122 | JOINT LETTER addressed to Judge Lorna G. Schofield from Jason D. Rosenberg, Counsel for Plaintiff and Timothy S. Durst, Counsel for Defendant dated 9/27/2021 re: Order re: Dkt. 121 – Joint Letter in advance of the scheduled Evidentiary Hearing on Plaintiff's Motion for Preliminary Injunction. Document filed by Riseandshine Corporation..(Rosenberg, Jason) (Entered: 09/27/2021) |
| 09/28/2021 | 123 | ORDER: It is hereby ORDERED that the evidentiary hearing is scheduled for October 8, 2021 at 9:00 a.m. Per the Court's September 21, 2021 Order, the hearing will be by video and the parties are responsible for arranging a suitable platform. The Court will allot no more than two hours per side, inclusive of any cross−examination. It is further ORDERED that Defendant's objection to Plaintiff's proposed witnesses is OVERRULED. It is further ORDERED that, by October 5, 2021, the parties shall make any logistical arrangements with the Courtroom Deputy, Mr. James Street, at 212−805−4553. ORDERED that, by October 6, 2021, the parties shall provide the Court with any link(s) or other access codes for the video platform. Members of the public may access the hearing on the following conference line: 888−363−4749, access code: 5583333. (Evidentiary Hearing set for 10/8/2021 at 09:00 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 9/28/2021) (mml) (Entered: 09/28/2021) |
| 09/29/2021 | 124 | ORDER granting 119 Motion for Lauren R. Timmon to Appear Pro Hac Vice (HEREBY ORDERED by Judge Lorna G. Schofield)(Text Only Order) (jcs) (Entered: 09/29/2021) |
| 09/29/2021 | 125 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/9/2021 before Judge Lorna G. Schofield. Court Reporter/Transcriber: Kristen Carannante, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/20/2021. Redacted Transcript Deadline set for 11/1/2021. Release of Transcript Restriction set for 12/28/2021..(Moya, Goretti) (Entered: 09/29/2021) |

| | | |
|---|---|---|
| 09/29/2021 | 126 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/9/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 09/29/2021) |
| 09/29/2021 | 127 | Objection re: 81 MOTION for Preliminary Injunction . *(Objections to Evidence Not Submitted in Support of Plaintiff's Motion for Preliminary Injunction)*. Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 09/29/2021) |
| 09/29/2021 | 128 | LETTER MOTION for Leave to File Supplement Witness List *(PepsiCos Contingent Request to Supplement Witness List)* addressed to Judge Lorna G. Schofield from Timothy S. Durst dated September 29, 2021. Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 09/29/2021) |
| 09/30/2021 | 129 | LETTER addressed to Judge Lorna G. Schofield from Jason D. Rosenberg dated September 30, 2021 re: Response to PepsiCo's Objections to Evidence (Dkt. 127) and Contingent Request to Supplement Witness List (Dkt. 128). Document filed by Riseandshine Corporation..(Rosenberg, Jason) (Entered: 09/30/2021) |
| 09/30/2021 | 130 | MEMO ENDORSEMENT on re: 129 Letter, filed by Riseandshine Corporation, Motions terminated: 128 LETTER MOTION for Leave to File Supplement Witness List *(PepsiCos Contingent Request to Supplement Witness List)* addressed to Judge Lorna G. Schofield from Timothy S. Durst dated September 29, 2021. filed by Pepsico Inc. ENDORSEMENT: Defendant's motion for reconsideration is DENIED for substantially the reasons stated in Plaintiff's letter response. Defendant's motion to supplement its witness list is GRANTED, provided that bothparties adhere to the Court's allotment of no more than two hours per party. (Dkt. No. 123.) (Signed by Judge Lorna G. Schofield on 9/30/2021) (tg) (Entered: 09/30/2021) |
| 09/30/2021 | 131 | JOINT LETTER MOTION to Adjourn Conference addressed to Judge Lorna G. Schofield from Jason D. Rosenberg and Timothy S. Durst dated September 30, 2021. Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 09/30/2021) |
| 10/01/2021 | 132 | ORDER granting 131 Letter Motion to Adjourn Conference. Application GRANTED. The initial conference scheduled for October 7, 2021 is ADJOURNED to October 21, 2021 at 10:40 a.m. The Court will reschedule the conference if a ruling on the motion for preliminary injunction has not yet been made. Initial Conference set for 10/21/2021 at 10:40 AM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 10/1/2021) (va) (Entered: 10/01/2021) |
| 10/08/2021 | 133 | MOTION for Request for Judicial Notice . Document filed by Pepsico Inc.. (Attachments: # 1 Exhibit A).(Durst, Timothy) (Entered: 10/08/2021) |
| 10/08/2021 | | Minute Entry for proceedings held before Judge Lorna G. Schofield: Evidentiary Hearing held on 10/8/2021. (Court Reporter Present) (jcs) (Entered: 10/08/2021) |
| 10/08/2021 | 134 | ORDER: It is hereby ORDERED that, by October 11, 2021, the parties shall provide the Court and opposing counsel with a copy of any exhibit admitted into evidence. The parties shall email the exhibits to the Court at Schofield_NYSDChambers@nysd.uscourts.gov. Defendant shall also provide the financial information that the Court requested on the record at the hearing. (Signed by Judge Lorna G. Schofield on 10/8/2021) (jca) (Entered: 10/08/2021) |
| 10/08/2021 | 135 | NOTICE of of Material Provided to the Court at the October 8, 2021 Preliminary Injunction Evidentiary Hearing. Document filed by Pepsico Inc.. (Attachments: # 1 Tab A, # 2 Tab B (1 of 2), # 3 Tab B (2 of 2)).(Durst, Timothy) (Entered: 10/08/2021) |
| 10/11/2021 | 136 | LETTER addressed to Judge Lorna G. Schofield from Timothy S. Durst dated October 11, 2021 re: Pursuant to the Courts October 8, 2021 Order. Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 10/11/2021) |
| 10/11/2021 | 137 | ***SELECTED PARTIES***DECLARATION of Jim Lee re: 136 Letter . Document filed by Pepsico Inc., Riseandshine Corporation. Motion or Order to File Under Seal: 134 .(Durst, Timothy) (Entered: 10/11/2021) |

| | | |
|---|---|---|
| 10/12/2021 | 138 | ORDER: It is hereby ORDERED that the filings at Docket Nos. 135–2 and 135–3 are STRICKEN. The Clerk of Court is respectfully requested to strike (and remove from the docket) the filings at Docket Nos. 135–2 and 135–3. (Signed by Judge Lorna G. Schofield on 10/12/2021) (mml) (Entered: 10/12/2021) |
| 10/12/2021 | | **\*\*\*STRICKEN DOCUMENT. Deleted document number [135–2 and 135–3] from the case record. The document was stricken from this case pursuant to 138 Order. (mml)** (Entered: 10/12/2021) |
| 10/12/2021 | 139 | MEMO ENDORSEMENT on re: 136 Letter filed by Pepsico Inc. ENDORSEMENT: By October 14, 2021, Plaintiff shall file any response, not to exceed two pages. (Signed by Judge Lorna G. Schofield on 10/12/2021) (rro) (Entered: 10/12/2021) |
| 10/14/2021 | 140 | LETTER addressed to Judge Lorna G. Schofield from Jason D. Rosenberg dated October 14, 2021 re: Rise Brewing's Response to PepsiCo's October 11, 2021 Letter. Document filed by Riseandshine Corporation..(Rosenberg, Jason) (Entered: 10/14/2021) |
| 10/14/2021 | 141 | JOINT LETTER addressed to Judge Lorna G. Schofield from Paul Tanck and Susan Kennedy dated October 14, 2021 re: Joint Request for Continuance of Rule 16 Conference. Document filed by Riseandshine Corporation..(Tanck, Paul) (Entered: 10/14/2021) |
| 10/14/2021 | 142 | LETTER addressed to Judge Lorna G. Schofield from Timothy S. Durst dated October 14, 2021 re: PepsiCo's Response to Rise Brewing Companys New Motion to Strike. Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 10/14/2021) |
| 10/15/2021 | 143 | MEMO ENDORSEMENT on re: 141 Letter filed by Riseandshine Corporation. Application GRANTED. The conference scheduled for October 21, 2021, is ADJOURNED to November 4, 2021, at 11:30 a.m. The conference will be telephonic and will occur on the following conference line: 888–363–4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. The parties shall not make further submissions in connection with the pending preliminary injunction motion. The record is complete. The Court will disregard any submissions filed after the hearing that were not requested. A separate order will address the untimely objections made after the hearing. (Initial Conference set for 11/4/2021 at 11:30 AM before Judge Lorna G. Schofield. Telephone Conference set for 11/4/2021 at 11:30 AM before Judge Lorna G. Schofield.) (Signed by Judge Lorna G. Schofield on 10/14/2021) (mml) (Entered: 10/15/2021) |
| 10/28/2021 | 144 | JOINT LETTER addressed to Judge Lorna G. Schofield from Paul Tanck and Timothy S. Durst dated October 28, 2021 re: Rule 16 Conference Pursuant to August 12, 2021 Docket Order. Document filed by Riseandshine Corporation..(Tanck, Paul) (Entered: 10/28/2021) |
| 10/28/2021 | 145 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Riseandshine Corporation..(Tanck, Paul) (Entered: 10/28/2021) |
| 11/03/2021 | 146 | ORDER: It is hereby ORDERED that, the November 4, 2021, conference is ADJOURNED to December 9, 2021, at 11:30 a.m. The conference will be telephonic and will occur on the following conference line: 888–363–4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. The case management plan and scheduling order will issue in a separate order. Initial Conference set for 12/9/2021 at 11:30 AM before Judge Lorna G. Schofield. (Signed by Judge Lorna G. Schofield on 11/2/2021) (jca) (Entered: 11/03/2021) |
| 11/03/2021 | | Set/Reset Hearings: Telephone Conference set for 12/9/2021 at 11:30 AM before Judge Lorna G. Schofield. (jca) (Entered: 11/03/2021) |
| 11/03/2021 | 147 | ORDER: It is hereby ORDERED that Defendant's objections are OVERRULED and Defendant's application for additional discovery on the preliminary injunction motion is DENIED. Defendant did not raise its request for additional discovery at the October 8, 2021, hearing, which was held at the Defendant's request (Dkt. No. 120), following an initial hearing on Plaintiff's motion for a preliminary injunction on September 9, 2021. To the extent that Defendant objects to certain portions of Mr. Gyesky's and Ms. Schmidt's testimony, Defendant also did not raise these objections at the October 8, |

| | | |
|---|---|---|
| | | 2021, hearing. In addition, the Court finds that any supplementation of the record at the hearing was not "one−sided." The Court granted Defendant's motion to supplement its witness list (Dkt. No. 130) following letter briefing on Defendant's objections to Plaintiff's proposed witnesses (Dkt. Nos. 128, 129), and did not require Defendant's new witnesses (Mr. Lee, Mr. Lyons, and Mr. Santee) to submit declarations in advance of the hearing. (Signed by Judge Lorna G. Schofield on 11/2/2021) (jca) (Entered: 11/03/2021) |
| 11/03/2021 | 148 | ***STRICKEN DOCUMENT. Document number 148 has been stricken from the case record. The document was stricken from this case pursuant to 149 Order . OPINION & ORDER re: 81 MOTION for Preliminary Injunction . filed by Riseandshine Corporation. Having considered the parties' written submissions and the evidence and argument presented at the September 9, 2021, oral argument and October 8, 2021, evidentiary hearing, for the foregoing reasons, the Court GRANTS Plaintiff's motion for a preliminary injunction. Plaintiff shall post a bond in the amount of $250,000 as soon as reasonably practicable after entry of this Order, but in any event no later than one week from the date of this Order. The Clerk of Court is respectfully directed to close the motion at Dkt. Nos. 81 and 133. (And as further set forth herein.) (Signed by Judge Lorna G. Schofield on 11/3/2021) (jca) Transmission to Finance Unit (Cashiers) for processing. Modified on 11/4/2021 (tg). (Entered: 11/03/2021) |
| 11/04/2021 | 149 | AMENDED OPINION AND ORDER: Having considered the parties' written submissions and the evidence and argument presented at the September 9, 2021, oral argument and October 8, 2021, evidentiary hearing, for the foregoing reasons, the Court GRANTS Plaintiff's motion for a preliminary injunction. Defendant is hereby preliminarily restrained and enjoined as follows: 1. For the purposes of this Preliminary Injunction Order, the following definitions shall apply: a. The "Challenged Mark" shall mean the following mark: MTN DEW RISE ENERGY. b. The "Market" shall mean the United States. c. "Advertisement" shall mean any advertisement, flyer, brochure, billboard, display, television commercial, radio commercial, Internet commercial or similar communication of marketing, advertising, sale or promotional information or materials directed to the general public or segments of the general public. 2. Subject to paragraph 7 below, Defendant shall not use or display the Challenged Mark in the Market in connection with the promotion, sale or distribution of single−use, canned energy beverages. 3. Subject to paragraph 7 below, Defendant shall not use or display in the Market any mark that is confusingly similar to Plaintiff's Mark in connection with the promotion, sale or distribution of single−use, canned energy beverages. 4. Subject to paragraph 7 below, Defendant shall not use or display the Challenged Mark in any Advertisement that will be or is intended to be circulated, displayed or broadcast in the Market. 5. Defendant shall not assist, aid or abet any other person or business entity in engaging in any of the activities prohibited by this Order. 6. This Order is binding upon Defendant and its agents, servants and employees, and upon all persons in active concert or participation with it or them (but not any third−party retailers over whom Defendant has no control) who receive actual notice of this Order by personal service or otherwise. Subject to paragraph 7 below, Defendant shall provide such actual notice. 7. Defendant shall comply with this Order within seven days of its effective date. 8. This Order shall take effect upon the posting of a bond as set forth below, and shall remain in effect until the conclusion of the trial of this matter; provided, however, that this Order may be dissolved or modified upon appropriate motion and a showing of good cause to this Court. 9. Plaintiff shall post a bond in the amount of $250,000 as soon as reasonably practicable after entry of this Order, but in any event no later than one week from the date of this Order. 10. Within eight days of the effective date of this Order, Defendant shall file a report with the Court, setting forth in detail the manner in which Defendant has complied with this Order. 11. The parties may jointly propose any modification to this Order, but only to the extent that they both agree. The Clerk of Court is respectfully directed to close the motion at Dkt. Nos. 81 and 133. The Clerk of Court is respectfully directed to strike Dkt. No. 148. (Signed by Judge Lorna G. Schofield on 11/4/2021) (tg) Transmission to Finance Unit (Cashiers) for processing. (Entered: 11/04/2021) |
| 11/04/2021 | 150 | LETTER MOTION to Seal *Defendant's Memorandum of Law in Support of its Emergency Motion to Stay Preliminary Injunction* addressed to Judge Lorna G. Schofield from Timothy S. Durst dated November 4, 2021. Document filed by Pepsico Inc.. (Attachments: # 1 Redacted Copy of PepsiCos Memorandum of Law in Support of its Emergency Motion to Stay Preliminary Injunction).(Durst, Timothy) (Entered: |

| | | |
|---|---|---|
| | | 11/04/2021) |
| 11/04/2021 | 151 | EMERGENCY MOTION to Stay *Preliminary Injunction*. Document filed by Pepsico Inc...(Durst, Timothy) (Entered: 11/04/2021) |
| 11/04/2021 | 152 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 151 EMERGENCY MOTION to Stay *Preliminary Injunction*. . Document filed by Pepsico Inc., Riseandshine Corporation. Motion or Order to File Under Seal: 150 .(Durst, Timothy) (Entered: 11/04/2021) |
| 11/04/2021 | 153 | NOTICE OF INTERLOCUTORY APPEAL from 149 Memorandum & Opinion,,,,,,,,,,,,. Document filed by Pepsico Inc.. Filing fee $ 505.00, receipt number ANYSDC–25292896. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Durst, Timothy) (Entered: 11/04/2021) |
| 11/05/2021 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 153 Notice of Interlocutory Appeal,..(nd) (Entered: 11/05/2021) |
| 11/05/2021 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 153 Notice of Interlocutory Appeal filed by Pepsico Inc. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 11/05/2021) |